UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 22-CR-56-DLB-CJS     ELECTRONICALLY FILED

UNITED STATES OF AMERICA     PLAINTIFF

vs.

TYSON GHOLSON     DEFENDANT

---

## MOTION TO EXCLUDE AUDIO/VIDEO OF JAIL VISIT

---

Now comes the Defendant, by and through counsel, and moves the Court to exclude an audio/video jail visit involving the Defendant due to its incompleteness and likelihood to create confusion.

On March 8, 2022 the Defendant was incarcerated in the Hazard County Regional Jail. On that date the Defendant was visited by Bridgette Hobbs. Ms. Hobbs' visit also included Co-Defendant Banks. The government would have the Court believe the Defendant made statements that were incriminating in nature. Unfortunately, the video is of such poor quality, including jumping from 46 seconds to 56 seconds and 1:41 to 2:32 and 3:31 to 3:46 and 3:50 to 4:26, that it would confuse and mislead a jury.

WHEREFORE, the Defendant respectfully requests this Motion be granted.

Respectfully submitted:

/s/ Timothy E. Schneider, Esq.
FESSLER, SCHNEIDER & GRIMME
20 North Grand Avenue, Suite 8
Fort Thomas, Kentucky 41075
(859) 291-9075

## NOTICE

Notice is hereby given that this motion shall be heard at the convenience of the Court.

## CERTIFICATION

I hereby certify that on this 6th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Anthony Bracke, Esq., Assistant United States Attorney.

/s/ Timothy E. Schneider, Esq